JANE E. PACE, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 36297.)—

— Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ. [23 Misc 2d 772.]